Exhibit 1

| Forest Service | Southern Region | 1720 Peachtree Street, NW |
| | | Atlanta, GA 30309 |

# DECISION MEMORANDUM FOR THE CHIEF

**THROUGH:** Christopher B. French  
Deputy Chief  
National Forest System

JACQUELINE EMANUEL  
Digitally signed by JACQUELINE EMANUEL  
Date: 2025.02.25 13:35:05 -05'00'

Date:

**FROM:** Kenderick Arney  
Regional Forester  
Southern Region

Date: February 24, 2025

**SUBJECT:** Emergency Response Authority Request (36 CFR 220.4(b)(2)), Region 8, Cherokee and Pisgah National Forests, Tropical Storm Helene Proposed Emergency Response Approval Request

**FILE CODE:** 1950

**ISSUE**: The Cherokee and Pisgah National Forests in the Southern Region are requesting Chief's approval to use the Emergency Response authority for compliance with the National Environmental Policy Act (NEPA) consistent with Emergency Response procedures at 36 CFR 220.4.

The purpose and need for this emergency response is to complete urgent recovery actions following the Tropical Storm Helene incident. On September 28, 2024, President Biden and North Carolina Governor Cooper declared an emergency for the Tropical Storm Helene incident, which profoundly impacted the Pisgah and Nantahala National Forests. The declaration covered all counties within the Pisgah National Forest. National Forest System (NFS) lands within these listed counties have been heavily impacted by devastating flooding, heavy debris flows, severe landslides, soil erosion and destabilization, and high winds that caused severe forest blowdown areas and significant damage to infrastructure and natural and cultural resources. The magnitude of damage related to this incident cannot be overstated and appears unprecedented in Western North Carolina, eclipsing the Great Flood of 1916, previously regarded as the most devastating natural disaster to impact the Pisgah National Forest and surrounding areas in recent history.

The actions listed in this request respond to needs that still pose an urgent public health and safety concern resulting from Tropical Storm Helene and require an ongoing emergency response. These are time sensitive actions that need to be implemented as soon as possible. We are seeking approval to move forward with these actions. The responsible official will take into account the probable environmental consequences of the emergency response actions and mitigate foreseeable adverse environmental effects to the extent practical during implementation.

In addition to this request, impacted Forests in Region 8 are considering the use of all authorities given in

response to this disaster to help expedite environmental compliance related to disaster recovery efforts. Secretary Thomas J. Vilsack approved a Post-Hurricane Emergency Action Determination (EAD) in the Southern Region.

**BACKGROUND**: Under Forest Service NEPA implementing regulations at 36 CFR 220.4(b)(2), the Chief or Associate Chief may grant emergency response authorities for NEPA compliance when the responsible official finds that the nature and scope of proposed emergency actions are such that they must be undertaken to address urgent response or recovery activities. The authority provides that when the nature and scope of proposed actions are such that they must be undertaken prior to preparing any NEPA analysis and documentation associated with a categorical exclusion (CE) or an environmental assessment (EA), an alternative method of NEPA compliance may be used. The unit has initiated programmatic compliance document packages under NEPA for the specific actions listed below and for similar actions being carried out across the disaster-impacted areas. The unit has established emergency consultation protocols under the National Historic Preservation Act (NHPA) and the Endangered Species Act (ESA) for the listed actions and has begun analyzing and documenting the effects of these actions.

Due to the devastating storm impacts, there are continuing urgent needs related to public safety and the protection of infrastructure and resources. Approval to use the Emergency Response authority, would allow us to conduct emergency actions to:
- Repair key infrastructure, roads, and trails, as identified below.
- Provide ingress and egress for critical emergency services, including search and rescue operations on trails and roads.
- Reduce significant fuel loading across the forests and within the wildland urban interface. This will allow the Forest Service to use roads as containment lines for future wildfire events. It will also reduce the potential for increased forest and insect disease issues.

District Rangers on the Pisgah National Forest have consulted with interdisciplinary teams, partner groups, tribes, and emergency agencies to identify and prioritize the urgent needs and begin analysis. The listed actions in site-specific locations have been included in this request for emergency response while continuing to use approved emergency consultation authorities under NHPA and ESA. This request is a fraction of the overall recovery needs that will be needed. The proposed actions to meet urgent needs are:

- **Road activities:** The Pisgah National Forest has identified the need for urgent culvert replacements, bridge replacements, and road repairs beyond normal maintenance, such as cut and fill, stabilization of roadsides, and shoulder widening. Due to the extent of the road damage and the potential for future damage, the Pisgah has also identified an urgent need for construction or realignment of NFS roads in select locations.
- **Construction and reconstruction of critical trails:** The Pisgah National Forest has identified the need to replace trail bridges, reconstruct fords, and relocate and decommission critical trails. These trails were identified in coordination with local search and rescue organizations to ensure that critical access is maintained.
- **Debris removal:** Tropical Storm Helene caused an estimated 150,000 acres of forest blowdown. The uncharacteristic amount of down wood has created a debris problem along NFS roads and elsewhere, increasing fuel loading across

the forest and wildland urban interface, and hindering the ability to use roads as containment lines for wildfire events. The large amount of downed wood also has the potential to increase forest insect and disease issues. The unit is utilizing a variety of debris removal activities to address these concerns, including mechanical removal, pile burning, firewood, biochar, chipping, and commercial salvage operations. The Pisgah National Forest has identified to date 2,202 acres that are viable for debris removal via commercial salvage sales. One salvage unit crosses the North Carolina state boarder; therefore, this request includes 46 acres on the Cherokee National Forest.

The list of debris removal mapped polygons (See attachment – enclosure A, Table 1) would be contracted prior to May 1, 2025, with contracts closing by May 1, 2026. Debris removal locations suitable for commercial salvage were identified when one or more of the following specific criteria were met: 1) when an area of substantial vegetation impact (that is, blowdowns) occurred within established Healthy Forests Restoration Act Wildland-Urban Interface (HFRA WUI) boundaries resulting in hazardous fuel loads, 2) when woody debris and vegetation impeded or impaired an access route to a prescribed fire unit, or primary access route for public and private inholdings, 3) when accumulation of woody debris and hazardous fuels occurred within close proximity to the Appalachian Trail (concentrated public use in remote locations with minimal emergency access), or 4) posed a downstream risk to primary municipal drinking water sources. If one or more of the criteria applied to the location then an assessment was conducted to determine if salvage was an economically viable and logistically feasible (for example, accessible to log trucks and equipment) action that could be used to assist in achieving emergency response needs.

The following map provides a general overview of the magnitude and scale of the proposed actions associated with this request. To allow for ease of reader-use, the map depicts three general categories of work: proposed debris removal areas, proposed trail and road re-construction/construction locations, and proposed trail or road repairs (e.g. culvert replacements or bridge replacements). The associated file geodatabase and attribute table of the attached map further details the site-specific action proposed at each point, line, or polygon.

Prior to implementation, the Pisgah National Forest will seek all necessary approvals before working within special designations. For example, there is a proposed urgent trail re-route within the Shining Rock Wilderness and Inventoried Roadless Area.

*Tribal Consultation*
Expedited consultation is occurring with Tribes. Conversations with consulting Tribes have occurred since the storm event. The National Forests of North Carolina contacted Tribal Historic Preservation Officers via email on October 3 and 14. Virtual meetings were held with Tribal partners on November 6 and December 11.

3
Case 1:25-cv-00393-MR-WCM    Document 11-1    Filed 11/10/25    Page 4 of 12


# Hurricane Helene Recovery Projects
## Pisgah National Forest



nty
*CJ* Pisgah National Forest

C:.:::: North Carolina

Atlanta
0

*Compliance with the Endangered Species Act*
The Pisgah National Forest is fulfilling Section 7 obligations through emergency U.S. Fish and Wildlife (USFWS) consultation. The Pisgah National Forest has emergency consultation coverage for any actions contracted or initiated by May 1, 2025 (see enclosure B for more context and documentation regarding the emergency consultation agreement).

*Compliance with the National Historic Preservation Act*
Section 106 obligations are occurring through expedited consultation with the North Carolina State Historic Preservation Office (SHPO) in ordinance with 36 CFR § 800.12(b)(2). Since the storm event, the National Forest has had frequent and regular communications with the State Historic Preservation office (see Table below). In correspondence dated October 28, 2024, the Advisory Council on Historic Preservation (ACHP) granted a 120-day extension to the National Forests in North Carolina in the applicability of the emergency provisions for implementing Section 106 under 36 CFR § 800.12(b)(2) (ACHP Project Number *021706)*. The ACHP granted a 60- day extension, extending the emergency provisions until April 26, 2025. The National Forests in North Carolina are seeking an additional 243-day extension to the applicability of emergency provisions, through September 26, 2025.

| | |
|---|---|
| October 3, 2024 | USFS makes initial contact with North Carolina SHPO and THPOs via email. Any work related to hurricane response is focused on life-sustaining actions. Any delay in contact was a result of the complete loss of power, internet, and cellular service in the region. |
| October 14,2024 | USFS provides Helene Response updates to North Carolina SHPO and THPOs via email. |
| October 24, 2024 | The USFS submits request for emergency extension Carolina in the applicability of the emergency provisions of the regulations implementing Section 106 of the National Historic Preservation Act under 36 CFR § 800.12(b)(2) as it pertains to its response to Hurricane Helene. |
| October 28, 2024 | ACHP grants a 120-day first extension to the National Forests in North Carolina in the applicability of the emergency provisions of the regulations implementing Section 106 of the National Historic Preservation Act under 36 CFR § 800.12(b)(2) as it pertains to its response to Hurricane Helene until January 26, 2025 (ACHP Project Number *021706)*. |
| November 4, 2024 | USFS provides Helene response updates during monthly check-in call with North Carolina SHPO. |
| November 6, 2024 | USFS hosts National Forests in North Carolina Hurricane Response meeting with ACHP, THPOs and North Carolina SHPO. |
| December 11, 2024 | USFS hosts National Forests in North Carolina Hurricane Response meeting with THPOs and North Carolina SHPO. |
| December 13, 2024 | USFS provides Helene response updates during monthly check-in call with North Carolina THPO. |
| January 10, 20254 | USFS provides Helene response updates during monthly check-in call with North Carolina SHPO. |
| January 24, 2025 | ACHP grants a 60-day extension to the National Forest in North Carolina until April 26, 2025 (ACHP Project Number 021706). |

*Compliance with the Clean Water Act*
The work in water may affect waters or wetlands of the U.S. and require compliance with Sections 404/401 of the Clean Water Act or Sections 9/10 of the Rivers and Harbors Act. All applicable permits and associated criteria will be met.

*Compliance with Executive Orders 11988 and 11990 for wetlands and floodplains*
The proposed work in and adjacent to waterways is functionally dependent on a location within the floodplain. Work will be designed to mitigate adverse effects to floodplain and wetland values and to federal investments within the floodplain.

*External Communications*
Since Hurricane Helene, The Pisgah National Forest has had frequent communications with key partners and collaborators (e.g., NGO's, non-profits, other federal agencies, state and local governments, and local businesses). Initial feedback from preliminary coordination indicates there is generally positive support for recovery actions.

Partnership meetings have occurred and are ongoing related to Tropical Storm Helene response and recovery including emergency actions and long-term recovery actions. Partners were contacted via email on October 2, October 9, and November 25. The Forest held a virtual partner meeting on November 20, and an in-person partner meeting on December 13. Forest Supervisor James Melonas met with government (NCFS, NPS, NCWRC) partners in the month of December. Regular meetings are occurring with the North Carolina Department of Transportation, SHPO, and USFWS.

There have been no official public comment periods. Partnership meetings have occurred and are ongoing related to Tropical Storm Helene response and recovery including emergency actions and long-term recovery actions.

In addition to emergency consultation to comply with ESA and NHPA, other emergency authorities that may be used with this proposal include:
- ☒ Sole source contracting
- ☒ USDA contracting authorities
- ☒ Expedited grants and agreements authorities
- ☒ Emergency procedures to comply with the Clean Water Act

**RECOMMENDATION:** Approve the proposed emergency response for NEPA compliance under 36 CFR 220.4(b)(2).

NEPA compliance in this emergency response consists of the following:

- The authority is limited to proposed debris removal areas, proposed trail and road re-construction/construction locations, and proposed trail or road repairs (e.g. culvert replacements or bridge replacements) within the Pisgah National Forest as displayed on the Hurricane Helene Recovery Projects Map and described in Enclosure A.

- One identified unit crosses the North Carolina state boarder; therefore, this request includes a 46-acre treatment area on the Cherokee National Forest.

- The responsible official will take into account the probable environmental consequences of the emergency action and mitigate foreseeable adverse environmental effects to the extent practical during implementation.

**DECISION BY THE CHIEF:**

**Approval:**                         RANDY MOORE
2025.02.26 08:55:24 -05'00'

**Disapproved:**

**Discuss with Me:**

**Date:**

**Enclosures:**

Enclosure A: Debris Removal Justifications

Enclosure B: Signed Letter from the USFWS Documenting Emergency Consultation Procedures

# Enclosure A: Debris Removal Unit Justifications

Debris removal sites specifically suitable for commercial salvage operations were selected when one or more of the following specific criteria were met: 1) when an area of substantial vegetation impact (that is, blowdowns) occurred within established Healthy Forests Restoration Act Wildland-Urban Interface (HFRA WUI) boundaries resulting in hazardous fuel loads, 2) when woody debris and vegetation impeded or impaired an access route to a prescribed fire unit, or primary access route for public and private inholdings, 3) when accumulation of woody debris and hazardous fuels occurred within close proximity to the Appalachian Trail (concentrated public use in remote locations with minimal emergency access) or posed a downstream risk to primary municipal drinking water sources. If one or more of the aforementioned criteria applied to the location then an assessment was conducted to determine if debris removal via commercial salvage was an economically viable and logistically feasible (for example, accessible to log trucks and equipment) action that could be used to assist in achieving emergency response needs.

This list of emergency debris removal mapped polygons (Table 1) would be contracted prior to May 1, 2025, with contracts closing by May 1, 2026.

**Table 1: Mapped Emergency Debris Removal Units.** *Some polygons overlap so acreage estimate exceeds actual acreage. HFRA WUI = Healthy Forests Restoration Act Wildland-Urban Interface.*

| Object ID | Project Name | Acre | Emergency Criteria Met |
|---|---|---|---|
| **Cherokee National Forest Unaka Ranger District (46 acres)** | | | |
| 566 | Iron Mountain | 7 | On the Cherokee National Forest along the Appalachian Trail. The Appalachian Trail received severe damages from the storm in the form of toppled trees and rootballs destroying the travel surface in many locations, making travel impossible. Unlike other areas along the Appalachian Trail that experienced similar levels of damage, Iron Mountain Gap is conducive to potential debris removal via salvage operations due to an existing transportation network of National Forest Service System Roads, historic skid trails and linear wildlife openings. The blowdown consists of a mix of northern hardwood species including oak, hickory, sugar maple, yellow poplar, cherry, locust, etc. Several private residences are located within the immediate vicinity of the blowdown area. Protection of these residences is a priority and containment of wildfires that would threaten these structures is not feasible as conditions exist today. The fuel loading is immense, and predictive modeling runs show flame lengths exceeding 50 feet with a rate-of-spread at 6 miles per hour. These conditions are prime for numerous spot fires to ignite east of the ridgeline in the case of predominant westerly winds. There are also dozens of residences that surround Iron Mountain Gap within a mile on both the North Carolina and Tennessee side. The high elevation crest of Iron Mountain Gap has historically provided fire crews a force multiplying terrain advantage in containing wildfires, which cannot be relied upon today. |
| 563 | Iron Mountain | 9 | |
| 568 | Iron Mountain | 13 | |
| 567 | Iron Mountain | 18 | |
| **Pisgah National Forest, Grandfather Ranger District (970 acres)** | | | |
| 7 | Armstrong | 99 | Access route to prescribed fire unit; Primary access route for public and inholdings; HFRA WUI At-Risk; Highest ranked |

| | | | watershed source for municipal drinking water, source Forest to Faucets |
|---|---|---|---|
| 6 | Dobson Knob | 49 | Access route to prescribed fire unit; HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 5 | Dobson Knob | 53 | Access route to prescribed fire unit; HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 4 | Dogback Mountain | 229 | Primary access route for public and inholdings; HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 483 | Graveyard Mtn | 5 | Access route to prescribed fire unit; HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 484 | Graveyard Mtn | 29 | Access route to prescribed fire unit; HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 485 | Graveyard Mtn | 56 | HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 487 | Roses Creek | 38 | Primary access route for public and inholdings; HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 486 | Roses Creek | 186 | Access route to prescribed fire unit; Primary access route for public and inholdings; HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 527 | Sevier Gorge | 227 | Access route to prescribed fire unit; HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| **Pisgah National Forest, Appalachian Ranger District (1186 acres)** | | | |
| 523 | Annie's Cove | 45 | Access route to prescribed fire unit; route near populated area; HFRA WUI At-Risk |
| 81 | Annie's Cove | 133 | Access route to prescribed fire unit; HFRA WUI At-Risk |
| 32 | Bear Wallow | 6 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 35 | Bear Wallow | 7 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 33 | Bear Wallow | 12 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 34 | Bear Wallow | 19 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 3 | Bear Wallow | 65 | Appalachian Trail proximity; Primary access route for public and inholdings; HFRA WUI At-Risk |
| 36 | Bear Wallow | 66 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 503 | Bear Wallow | 74 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 47 | Bowling Green | 9 | Access route to prescribed fire unit; HFRA WUI At-Risk |

| | | | |
|---|---|---|---|
| 46 | Bowling Green | 31 | Access route to prescribed fire unit; HFRA WUI At-Risk |
| 45 | Bowling Green | 34 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 521 | Bowling Green | 41 | Access route to prescribed fire unit; HFRA WUI At-Risk |
| 507 | Iron Mountain | 1 | Appalachian Trail proximity; HFRA WUI At-Risk |
| 506 | Iron Mountain | 4 | HFRA WUI At-Risk |
| 564 | Iron Mountain | 4 | Appalachian Trail proximity; HFRA WUI At-Risk |
| 505 | Iron Mountain | 5 | Appalachian Trail proximity; HFRA WUI At-Risk |
| 500 | Iron Mountain | 25 | Appalachian Trail proximity; HFRA WUI At-Risk |
| 504 | Iron Mountain | 25 | Appalachian Trail proximity; HFRA WUI At-Risk |
| 499 | Iron Mountain | 29 | Appalachian Trail proximity; Primary access route for public and inholdings; HFRA WUI At-Risk |
| 517 | Pigeon Toe | 11 | HFRA WUI At-Risk |
| 55 | Pigeon Toe | 12 | HFRA WUI At-Risk |
| 510 | Pigeon Toe | 54 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 520 | Pigeon Toe | 56 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 538 | Rooster Road | 1 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 536 | Rooster Road | 11 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 529 | Rooster Road | 24 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 59 | Rooster Road | 74 | Primary access route for public and inholdings; HFRA WUI At-Risk |
| 40 | Shinbone | 0 | Access route to prescribed fire unit; HFRA WUI At-Risk |
| 41 | Shinbone | 3 | Access route to prescribed fire unit; HFRA WUI At-Risk |
| 39 | Shinbone | 3 | Access route to prescribed fire unit; HFRA WUI At-Risk |
| 38 | Shinbone | 16 | Access route to prescribed fire unit; HFRA WUI At-Risk |
| 522 | Shinbone | 196 | Access route to prescribed fire unit; Appalachian Trail proximity; HFRA WUI At-Risk |
| 561 | Shope Creek | 0 | HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 557 | Shope Creek | 2 | HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 525 | Shope Creek | 23 | HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 52 | Shope Creek | 30 | HFRA WUI At-Risk; Highest ranked watershed source for municipal drinking water, source Forest to Faucets |
| 524 | Spivey Gap | 6 | Access route to prescribed fire unit; HFRA WUI At-Risk |
| 498 | Spivey Gap | 25 | HFRA WUI At-Risk |