IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| MOUNTAINTRUE and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, ACTING FOREST SUPERVISOR CAVAN FITZSIMMONS, and APPALACHIAN DISTRICT RANGER JEN BARNHART, <br><br> Defendants. | Civil Case No. 1:25-cv-00393 |

## NOTICE OF WITHDRAWAL OF MOTIONS FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, ADMINISTRATIVE STAY, AND JUDICIAL SETTLEMENT CONFERENCE

Plaintiffs hereby give notice to the Court of their withdrawal of Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 8) and their Motion for Judicial Settlement Conference and Temporary Administrative Stay (ECF No. 14). In support, Plaintiffs provide the Declaration of Clara Derby and show as follows:

1. On November 7, 2025, Plaintiffs filed a motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 8. That motion was heard on November 12, 2025.

2. On November 13, Plaintiffs filed a motion for Judicial Settlement Conference and Temporary Administrative Stay. ECF No. 14.

3. Defendants opposed Plaintiffs' motion for conference and stay and filed its own "Notice" on November 13 asking the Court to rule on the motion for emergency injunctive relief. ECF No. 15

4. Although Defendants have not seen fit to inform the Plaintiffs or the Court of the status of the Project in dispute in this matter, the Project is no longer active. Logging has ceased in the Project area and logging equipment has been removed from the site.

5. Rather than seek the Court's emergency intervention on a matter that is no longer emergent, Plaintiffs hereby withdraw their motions (ECF Nos. 8 & 14).

Respectfully submitted on this 14th day of November, 2025

/s/ Clara Derby
N.C. Bar No. 62330
Spencer Scheidt
N.C. Bar No. 57078

Sam Evans
N.C. Bar No. 44992
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Ave, Suite 304
Asheville, NC 28801-3321
Telephone: 828-258-2023
Facsimile: 828-258-2024
cderby@selc.org;
sscheidt@selc.org;
sevans@selc.org

*Attorneys for Conservation Groups*