# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| MOUNTAINTRUE and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES FOREST SERVICE, ACTING FOREST SUPERVISOR CAVAN FITZSIMMONS, and APPALACHIAN DISTRICT RANGER JEN BARNHART,<br><br>Defendants. | Civil Case No. 1:25-cv-393 |

## DECLARATION OF CLARA DERBY

I, Clara Derby, declare as follows:

1. My name is Clara Derby. I am an attorney with the Southern Environmental Law Center and I am counsel for MountainTrue and the Center for Biological Diversity in the above-captioned case.

2. This morning, November 14, 2025, I made observations from MountainTrue member Patrick Toups' property of the site for the U.S. Forest Service's Poplar timber sale in the Nolichucky River Gorge ("the Project"). I visited the site to investigate rumors that the temporary bridge owned by CSX Transportation and being used by loggers to implement the Project had already begun to be deconstructed.

3. Plaintiffs' members who live and work in the vicinity of the Project were unavailable to investigate this matter and provide a declaration this morning, so I am providing this declaration in my role as Plaintiffs' counsel because the information is relevant to time-

sensitive matters now pending before the Court. This declaration documents my investigations this morning.

4. I first observed that the temporary bridge is still usable by equipment but it is already being dismantled. Previously, the bridge supports were buttressed by gabions—cubical metal cages filled with rock and supporting the bridge at either end of its span. As of this morning, many of the gabions had been removed.

5. I further observed that there was no active logging in the Project area. No logs were left stacked in the staging area. I observed the logging equipment being removed across the temporary bridge. All of the logging equipment, except for one machine, had already been removed from the staging area. The following picture is a true and accurate depiction of logging equipment being removed from the site this morning.



6. I also observed what appeared to be the last load of logs leave the site. The truck was hauling a partial load of logs and some of the logging equipment away from the site. As of the time I am signing this declaration, logging equipment continues to be hauled away from the site.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 14th day of November 2025.

    /s/Clara Derby

Clara Derby