UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:25-cv-00393-MR-WCM

MOUNTAINTRUE and CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE, *et al.*,

    Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF WITHDRAWAL [DKT. 16]**

To ensure the Court is fully informed about the status of the Project, Defendants are responding to Plaintiffs' statement in ¶ 4 of their notice that alleges Defendants have not informed the Court or Plaintiffs of the status of the Project.

Defendants correctly informed the Court that

> the temporary bridge will be removed by CSX in November 2025, so work must conclude before then and is anticipated to conclude by November 17, 2025. Using the alternative hauling route, once the CSX bridge is removed, would prolong the time it would take to complete the salvage sale and could make this a less feasible salvage sale, leaving high amounts of heavy fuels on the ground.

Dkt. 11 at 4 (citing Dkt. 11-2 ¶¶ 29, 44).

Plaintiffs' counsels' representations that the bridge is being removed today is both consistent with the statement above, and more importantly, is the first time Defendants or their counsel have been notified by anyone that any actions to dismantle the bridge have been taken.

As noted in Defendants' response and at Wednesday's hearing, the contract for Annie's Cove Salvage Sale terminates on December 15. Dkt. 11-3 at 2 (citing date and termination provisions at B8.2). Defendants have not yet heard from the purchaser whether he intends to proceed with the sale using alternative routes.

Respectfully submitted on this 14th day of November, 2025.

> RUSS FERGUSON
> United States Attorney
>
> *s/ Gill P. Beck*
> Gill P. Beck
> Assistant United States Attorney
> Chief, Civil Division
> N.C. State Bar No. 13175
> Room 233, U.S. Courthouse
> 100 Otis Street
> Asheville, North Carolina 28801
> (828) 271-4661
> Gill.Beck@usdoj.gov
>
> ADAM R.F. GUSTAFSON
> Acting Assistant Attorney General
> Environment and Natural Resources Division
> United States Department of Justice

*s/ John P. Tustin*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022
Fax: (202) 305-0275

*Attorneys for Defendants*

# **CERTIFICATION**

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Dated this 14th day of November, 2025.

                                                      */s/   John P. Tustin*
                                                      JOHN P. TUSTIN